## Ed. Morse v. The State.

No. 9356.   Delivered June 24, 1925.

**Carrying a Pistol—No Statement of Facts—Nor Bills of Exception.**

No statement of facts nor bills of exception appear in the record, and finding no error the cause is affirmed.

Appeal from the County Court of Jefferson County.   Tried below before the Hon. C. N. Ellis, Judge.

Appeal from a conviction for carrying a pistol; penalty, a fine of one hundred dollars.

No brief filed for appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

MORROW, Presiding Judge.—The offense is unlawfully carrying a pistol; punishment fixed at a fine of one hundred dollars.

No statement of facts nor bills of exception appear in the record. Therefore nothing is brought forward for review.

Finding no error, the judgment is affirmed.

*Affirmed*